# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

JOHN ZIMMERMAN, individually and on behalf of all other similarly situated,

    Plaintiff,

vs.                                      Civil Action No.: 1:11-cv-1055-MJD-TWP
                                        **CLASS ACTION**

JUST DARTS, Inc.,

    Defendants.

## ENTRY DISCHARGING ORDER TO SHOW CAUSE

The Court, having reviewed the plaintiff's counsel's return to the court's order to show cause, hereby Orders that the order to show cause issued on January 24, 2013 (Dkt. 48) is DISCHARGED.

Date:

                                                Mark J. Dinsmore
                                                United States Magistrate Judge
                                                Southern District of Indiana

Distribution to all counsel of record via CM/ECF