UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN ZIMMERMAN, individually and on behalf of all other similarly situated,

    Plaintiff,

vs.   Civil Action No.: 1:11-cv-1055-MJD-TWP
**CLASS ACTION**

JUST DARTS, Inc.,

    Defendant.

> Approved and Entered.
> Case Dismissed.
> Dated:  January 29, 2013
>
> Mark J. Dinsmore
> United States Magistrate Judge
> Southern District of Indiana

**STIPULATION OF DISMISSAL**

The Parties stipulate to the dismissal of this action without prejudice to Plaintiff's individual claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Settlement Agreement. Costs to be taxed against the party incurring same.

Date:   January 28, 2013.

Respectfully submitted,

**The Frasher Law Firm, P.C.**

By:   s/ Ryan Frasher

Ryan Frasher, Esq.
**THE FRASHER LAW FIRM, P.C.**
155 E. Market Street, Ste. 450
Indianapolis, IN 46204
(317) 634-5544 ó telephone
(317) 630-4824 ó facsimile
email: rfrasher@frasherlaw.com

Eric G. Calhoun, Esq.
**TRAVIS, CALHOUN & CONLON, P.C.**
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas  75244
(972) 934-4100 ó telephone
(972) 934-4101 ó facsimile
e-mail:  eric@travislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28<u>th</u> day of January, 2013, the below counsel of record will be served with a copy of this document via the Court's CM/ECF system pursuant to the local rules of this Court, or other allowable means. If said counsel of record has not registered for electronic notice, a copy will be served via first class U.S. mail.

Brad Johnson
fbjohnson@ijtklaw.com

<u>s/ Ryan Frasher</u>
Ryan Frasher